889 A.2d 1056

IN THE MATTER OF LEONARD C. GUZZINO,
III, AN ATTORNEY AT LAW.

January 25, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LEONARD C. GUZZINO, III,** of **CALIFON,** who was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of two years effective December 23, 1997, by Order of this Court filed July 18, 2000, be restored to the practice of law, effective immediately.